UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ANDREA WALSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:16CV49 RWS |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

The Court referred this matter to United States Magistrate Judge David D. Noce for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On September 8, 2017, Judge Noce filed his recommendation that the decision of the Commissioner denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act be reversed and this case remanded for further proceedings. No objections to Judge Noce's Report and Recommendation were filed, and the time for filing objections or for seeking an extension of time to do so has expired.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Noce set forth in the Report and Recommendation of September 8, 2017.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated September 8, 2017 [28] is adopted in its entirety.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of September, 2017.