UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ANDREA WALSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:16 CV 49 RWS |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $4,085.10. Defendant does not object to the request.

On September 25, 2017, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees, I find plaintiff is entitled to an award in the amount requested.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [31] is granted, and plaintiff shall recover attorney's fees from the Social Security Administration in the amount of $4,085.10.

1

**IT IS FURTHER ORDERED** that, under the terms of the Fee Agreement executed by the plaintiff in this case (Doc. #32-3), the award shall be made payable to attorney Karen Kraus Bill unless plaintiff has a pre-existing debt owed to the United States, in which case the award shall be made payable to the plaintiff and subject to offset to satisfy that debt.

                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE

Dated this 2nd day of January, 2018.