UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ANDREA WALSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:16 CV 49 RWS |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for attorney's fees under 42 U.S.C. § 406(b) in the amount of $4,829.75. Defendant has no objection to the award. Having reviewed the Notice of Award from the Social Security Administration and the contingency fee agreement between plaintiff and counsel under the relevant standards, the Court finds that the requested amount is reasonable and no more than 25% of plaintiff's past due benefits. As no reduction of the requested amount is warranted, the motion for attorney's fees will be granted. Plaintiff's counsel is aware of her continuing obligation to return to the plaintiff the fee award previously made to counsel in this case in the amount of $4,085.10, so the Court need take no further action with respect to requiring counsel to return the EAJA fee to plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [35] is granted, and defendant Commissioner of Social Security shall pay $4,829.75 in attorney's fees to plaintiff's counsel Karen Kraus Bill.

                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE

Dated this 3rd day of June, 2019.